<pre>
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  | DAVID TODD,                      | No.        1:19-cv-01226-LJO-SAB
12  |         Plaintiff,               | **New Case No.  1:19-cv-01226-DAD-BAM**
13  |     v.                           | <u>ORDER RELATING AND REASSIGNING CASES</u>
14  | C R BARD INCORPORATED, et al.,   |
15  |         Defendants.              |
16  | ANN MARIE ROSS, et al.,          | No.        1:19-cv-01227-AWI-SKO
17  |         Plaintiffs,              | **New Case No.  1:19-cv-01227-DAD-BAM**
18  |     v.                           |
19  | C R BARD INCORPORATED, et al.,   |
20  |         Defendants.              |
21
22  | LISA BROOCKS, as Executor,       | No.        1:19-cv-01228-AWI-JDP
23  |         Plaintiff,               | **New Case No.  1:19-cv-01228-DAD-BAM**
24  |     v.                           |
25  | C R BARD INCORPORATED, et al.,   |
26  |         Defendants.              |
27
28
                                       1
</pre>

| | | |
|---|---|---|
| JULIA C. GIBSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | No.<br>**New Case No.** | 1:19-cv-01233-LJO-BAM<br>**1:19-cv-01233-DAD-BAM** |
| ANNA MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | No.<br>**New Case No.** | 1:19-cv-01234-DAD-JLT<br>**1:19-cv-01234-DAD-BAM** |
| ANN M. DENZER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | No.<br>**New Case No.** | 1:19-cv-01236-DAD-EPG<br>**1:19-cv-01236-DAD-BAM** |
| SANDRA REYNOLDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | No.<br>**New Case No.** | 1:19-cv-01238-LJO-SKO<br>**1:19-cv-01238-DAD-BAM** |
| SHIRLEY D. THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v. | No.<br>**New Case No.** | 1:19-cv-01239-LJO-BAM<br>**1:19-cv-01239-DAD-BAM** |

| | | |
|---|---|---|
| C R BARD INCORPORATED, et al., | | |
| Defendants. | | |

| | | |
|---|---|---|
| ROGER B. KNOTTS, et al., | No. | 1:19-cv-01240-LJO-EPG |
| Plaintiffs, | **New Case No.** | **1:19-cv-01240-DAD-BAM** |
| v. | | |
| C R BARD INCORPORATED, et al., | | |
| Defendant. | | |

| | | |
|---|---|---|
| KATHLEEN BOYER, | No. | 1:19-cv-01243-LJO-JLT |
| Plaintiff, | **New Case No.** | **1:19-cv-01243-DAD-BAM** |
| v. | | |
| C R BARD INCORPORATED, et al., | | |
| Defendant. | | |

| | | |
|---|---|---|
| JOHN CLIFFORD, | No. | 2:19-cv-01756-TLN-DB |
| Plaintiff, | **New Case No.** | **1:19-cv-01315-DAD-BAM** |
| v. | | |
| C R BARD INCORPORATED, et al., | | |
| Defendant. | | |

| | | |
|---|---|---|
| ANTHONY GONZALEZ, | No. | 2:19-cv-01762-KJM-EFB |
| Plaintiff, | **New Case No.** | **1:19-cv-01316-DAD-BAM** |
| v. | | |
| C R BARD INCORPORATED, et al., | | |
| Defendant. | | |

| | |
|---|---|
| MARIYA KARPENKO, | No. 2:19-cv-01763-TLN-KJN |
| Plaintiff, | **New Case No. 1:19-cv-01317-DAD-BAM** |
| v. | |
| C R BARD INCORPORATED, et al., | |
| Defendant. | |

A review of the complaints in the above-captioned cases reveals that they are related under this court's Local Rule 123(a) to the following action pending before the undersigned: *Wallace v. C R Bard Inc.*, 1:19-cv-01225-DAD-BAM. Accordingly, assignment of the above-captioned actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that the above-captioned actions be reassigned to the undersigned and Magistrate Judge Barbara A. McAuliffe.

Accordingly, documents in the above-referenced actions shall bear the new case numbers above.

IT IS SO ORDERED.

Dated: **September 19, 2019**

UNITED STATES DISTRICT JUDGE

4